```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COZEN O'CONNOR, P.C.          :        CIVIL ACTION
                              :
         v.                   :
                              :
RICHARD S. FISCHBEIN          :        NO. 09-4931
```

ORDER

AND NOW, this 16th day of March, 2010, upon consideration of the complaint (docket entry # 1), defendant's motion to dismiss pursuant to F.R.C.P. 12(b)(2) and 12(b)(3) or, in the alternative, to transfer venue pursuant to 28 U.S.C. § 1404 (docket entry # 7), plaintiff's response thereto (docket entry # 13), and defendant's motion for leave to file a reply brief (docket entry # 18), it is hereby ORDERED that:

   1.   Defendant's motion for leave to file a reply brief (docket entry # 18) is GRANTED;

   2.   The Clerk of Court shall DOCKET defendant's reply brief, which is attached to his motion for leave to file a reply brief as Exhibit A;

   3.   Defendant's motion to dismiss (docket entry # 7) is GRANTED IN PART and DENIED IN PART;

   4.   Defendant's motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (12)(b)(3) is DENIED;

   5.   Defendant's motion to transfer this action to the

Southern District of New York is GRANTED;

      6.   The Clerk of Court shall TRANSFER this matter and all case papers to the Southern District of New York; and

      7.   The Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:

\_\_\s\Stewart Dalzell